**UNITED STATES DISTRICT COURT**
**IN THE EASTERN DISTRICT OF MICHIGAN**

In the matter of:

DAVID FEAKER,
On Behalf of Himself
and All Others Similarly Situated

   Plaintiff,          Case No.2:17-cv-10053
v.                 Hon. Gershwin A. Drain

THE PRA GROUP, INC.,
d/b/a PORTFOLIO RECOVERY ASSOCIATES,
a Legal Professional Corporation,
and WEBER & OLCESE, P.L.C.,

   Defendant(s).

_____/

## NOTICE OF DISMISSAL

  NOW COMES THE Plaintiff, David Feaker, by and through his counsel, Nicholas A. Reyna, and hereby states the following:

  THEREFORE, Plaintiff agrees through his counsel of record pursuant to Federal Rules of Civil Procedure 41(a)(1) to dismiss the above-captioned matter with prejudice. The dismissal completely terminates the above-entitled action against all parties.

Date:  February 8, 2017

Respectfully and Jointly Submitted,

| | |
|---|---|
| /s/ Nicholas A. Reyna | /s/ Brian P. Parker |
| Nicholas A. Reyna (P68328) | Brian P. Parker (P48617) |
| Attorney for Plaintiff | Attorney for Plaintiff |
| 528 Bridge St., Ste. 1a | 2000 Town Center, Ste. 1900 |
| Grand Rapids, MI 49504 | Southfield, MI 48075 |
| (616) 235-4444 | (248) 342-9583 |
| Nickreyna7@hotmail.com | Brianparker@collectionstopper.co |